1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| KATHLEEN MELSON PEART, | No.   2:15-cv-00582-AC |
| Plaintiff, | |
| | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to October 21, 2015.

This is the first extension, but the brief is overdue.

Dated: October 6, 2015                                         */s/   Jesse S. Kaplan*
                                                                JESSE S. KAPLAN
                                                                Attorney for Plaintiff

[Pleading Title] - 1

Dated: October 6, 2015            _/s/ per e-mail authorization_

                                        SHARON LAHEY
                                        Special Assistant U.S. Attorney
                                        Attorney for Defendant

## **ORDER**

For good cause shown, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to October 21, 2015.

SO ORDERED.

DATED:  October 7, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE