**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KATHLEEN MELSON PEART,<br><br>            Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>    Acting Commissioner of Social Security,<br><br>            Defendant. | Case No.: 2:15-cv-0582-AC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (Docket No. 17) (the "motion") be extended by 45 days.  The current deadline is November 27, 2015, and the new deadline will be January 11, 2016.  Defense counsel requests this additional time to due to her current workload, which includes 14 dispositive briefs through December 2015, as well as ongoing unanticipated medical leave.  As a result, defense counsel requires additional time to adequately address the issues Plaintiff raises in her motion.

/ / /

/ / /

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 24, 2015       By:  /s/ *Jesse S. Kaplan**
                                    JESSE S. KAPLAN
                                    (*As authorized by e-mail on November 24, 2015)
                                    Attorneys for Plaintiff

Dated: November 24, 2015       BENJAMIN B. WAGNER
                               United States Attorney
                               DEBORAH LEE STACHEL
                               Acting Regional Chief Counsel, Region IX
                               Social Security Administration

                         By:   /s/ *Sharon Lahey*
                               SHARON LAHEY
                               Special Assistant United States Attorney
                               Attorneys for Defendant

### ORDER

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED. Defendant shall file her response to Plaintiff's Motion for Summary Judgment on or before January 11, 2016. Any reply thereto shall be filed on or before February 1, 2016.

DATE: November 30, 2015

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE