**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KATHLEEN MELSON PEART,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>    Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-CV-0582-AC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (ECF No. 17) be extended to February 15, 2016.  This is Defendant's third request for an extension of time in the above-captioned matter.  Defendant has agreed to voluntarily remand this case without further briefing and requests this additional time so that the parties may finalize the terms of settlement.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                                Respectfully submitted,

Dated:  January 29, 2016            By:    /s/ *Jesse S. Kaplan**
                                                                JESSE S. KAPLAN
                                                                (*As authorized by e-mail on January 29, 2016)
                                                                Attorneys for Plaintiff

STIPULATION & ORDER                                                         CASE NO.: 2:15-CV-0582-AC

1  Dated: January 29, 2016					BENJAMIN B. WAGNER
							United States Attorney
2							DEBORAH LEE STACHEL
							Acting Regional Chief Counsel, Region IX
3							Social Security Administration

4					By:	/s/ *Sharon Lahey*
							SHARON LAHEY
5							Special Assistant United States Attorney
							Attorneys for Defendant

## ORDER

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED. Defendant shall file her response to Plaintiff's Motion for Summary Judgment on or before February 15, 2016. Any reply thereto shall be filed on or before March 7, 2016.

DATED: February 2, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION & ORDER					CASE NO.: 2:15-CV-0582-AC