1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

13

EASTERN DISTRICT OF CALIFORNIA

14

SACRAMENTO DIVISION

15

KATHLEEN MELSON PEART,                )   CIVIL NO. No.: 2:15-CV-0582-AC
                                       )
16                                     )
            Plaintiff,                 )
17                                     )   **STIPULATION AND ORDER FOR**
     vs.                               )   **VOLUNTARY REMAND**
18                                     )   **PURSUANT TO SENTENCE FOUR OF**
                                       )   **42 U.S.C. § 405(g) AND ENTRY OF**
     CAROLYN W. COLVIN,                )   **JUDGMENT**
19     Acting Commissioner of Social Security, )
                                       )
20          Defendant.                 )
                                       )
21 _____    )

22          IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the

23   approval of the Court, that Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant or

24   the Commissioner) has agreed to voluntarily remand this case for further administrative proceedings,

25   pursuant to sentence four of 42 U.S.C. section 405(g).  On remand, the Appeals Council will remand the

26   case to an administrative law judge (ALJ) for a new hearing and decision.  The Appeals Council will

27   instruct the ALJ to consult a medical advisor to assist in the determination of the appropriate disability

28   onset date consistent with Social Security Ruling 83-20.  The parties further request that the Clerk of the

Court be directed to enter a final judgment in favor of Kathleen M. Peart (Plaintiff), and against

Defendant, reversing the Commissioner's final decision.

Respectfully submitted,

Dated:  February 9, 2016          JESSE S. KAPLAN ATTORNEY AT LAW

By:  /s/ *Jesse S. Kaplan**
JESSE S. KAPLAN
(*As authorized by e-mail on February 9, 2016)
Attorneys for Plaintiff

Dated:  February 9, 2016          BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney
Attorneys for Defendant


## ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

DATED:  February 11, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION & ORDER                         CASE NO. 2:15-CV-0582-AC